AO93 Search and Seizure Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>Apple iPhone, serial number G0NFH0190D47. | Case No. 21-9162 MB |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before ___8/9/2021___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  7/26/2021 @ 10:18am        *[signed]* E. Willett
                                                  *Judge's signature*

City and state: Phoenix, Arizona              Honorable EILEEN S. WILLETT, U.S. Magistrate Judge
                                              *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is an Apple iPhone, serial number G0NFH0190D47, seized from Michael Tae Jacoby (hereafter the "SUBJECT CELLULAR TELEPHONE") The SUBJECT CELLULAR TELEPHONE is currently located in the FBI Evidence Control Room at 21711 N. 7th St., Phoenix, AZ 85024.

This warrant authorizes the forensic examination of the SUBJECT CELLULAR TELEPHONE for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

*Property to be seized*

1. Any records and information found within the digital contents of the SUBJECT CELLULAR TELEPHONE that relate to violations of 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1957 (Money Laundering), from January 1, 2019, through present, including:

   a. all information and records related to cryptocurrency investments or the provision of investment management services;

   b. all bank records, checks, credit card bills, account information, or other financial records;

   c. all information and records regarding the receipt, transfer, possession, or use of proceeds from the offenses under investigation;

   d. any information recording schedule or travel;

   e. evidence indicating the cellular telephone user's state of mind as it relates to the offenses under investigation;

   f. contextual information necessary to understand the above evidence.

2. Any records and information found within the digital contents of the SUBJECT CELLULAR TELEPHONE showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history; and

3. Any and all cryptocurrency, to include the following:

   a. any and all representations of cryptocurrency public keys or addresses;

   b. any and all representations of cryptocurrency private keys;

  c. any and all representations of cryptocurrency wallets or their constitutive parts, whether in electronic or physical format, to include "recovery seeds" or "root keys" which may be used to regenerate a wallet.

The United States is authorized to seize any and all cryptocurrency by transferring the full account balance in each wallet to a public cryptocurrency address controlled by the United States.

As used above, the terms "records" and "information" includes records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the cellular telephone.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

| AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2) | | |
|---|---|---|
| **RETURN** | | |
| Case No.: 21-9162 MB | Date and Time Warrant Executed: 7/29/2021, approximately 3 pm | Copy of warrant and inventory left with: iPhone was in FBI custody as evidence, no property from iPhone seized. |

Inventory Made in the Presence of:

- -

Inventory of the property taken and name of any person(s) seized:

No property from iPhone was seized.

Apple Iphone, serial number G0NFH0190D47 remains in FBI custody as evidence.

**CERTIFICATION**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/3/2021

_Executing officer's signature_

Troy Cofer, FBI Special Agent
Printed name and title